ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NADIA FERRO,                                    :

                    Plaintiff,                       CV-05-4516
                           :
                                              Stipulation of
                                              Voluntary Dismissal
            -against-                          :

JO ANNE B. BARNHARDT,
Commissioner of Social Security,                 :

                    Defendant              :
------------------------------------------------------------X

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, by her

attorney, Sally DeLuca, Esq (SD 4931) and Defendant, by her attorney, Roslynn R.

Mauskopf, United States Attorney for the Eastern District of New York, by John M.

Kelly, Esq. (jmk 3430) Special Assistant U.S. Attorney submit this stipulation of

voluntary dismissal in conjunction with the above action.


STEVEN M. BERNSTEIN, ESQ.                    ROSYNN M. MAUSKOPF, ESQ
SALLY DeLUCA, ESQ. Of Counsel                United States Attorney for the
Attorneys for Plaintiff                      Eastern District of New York
LEGAL SERVICES FOR NEW YORK CITY             JOHN M. KELLY
  -BROOKLYN BRANCH                           Special Assistant U.S. Attorney
180 Livingston Street, Suite 302             Attorney for Defendant
Brooklyn, New York 11201                     One Pierrepont Plaza, 14th Floor
(718) 852-8888 ex. 110                       Brooklyn, New York 11201
                                    (718) 254-6085/7000

Dated:  March 20 , 2006                      Dated:  March 20, 2006

**SO ORDERED**

_(signature)_

Dated: 3/23/06

Allyne R. Ross, Judge
United States District Court